SQUIRE, SANDERS & DEMPSEY L.L.P.
Mark C. Goodman (State Bar No. 154692)
David A. Gabianelli (State Bar No. 158170)
Julie E. Schwartz (State Bar No. 260624)
One Maritime Plaza, Suite 300
San Francisco, CA 94111
Telephone: +1.415.954.0200
Facsimile: +1.415.393.9887
Email: mgoodman@ssd.com
Email: dgabianelli@ssd.com
Email: jeschwartz@ssd.com

Attorneys for Defendants
BAYER CORPORATION,
BAYER HEALTHCARE LLC,
BAYER HEALTHCARE PHARMACEUTICALS INC.,
and MCKESSON CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY RASMUSSEN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MCKESSON CORPORATION; BAYER CORPORATION; BAYER HEALTHCARE LLC; BAYER PHARMACEUTICALS CORPORATION; BAYER HEALTHCARE PHARMACEUTICALS INC., BERLEX LABORATORIES, INC., BERLEX, INC.; BAYER SCHERING PHARMA AG; BAYER AG; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. CV 09-05906 JCS<br><br>**STIPULATION AND [**~~PROPOSED~~**] ORDER FOR STAY OF PROCEEDINGS** |

WHEREAS, on October 1, 2009, the Judicial Panel on Multidistrict Litigation ("JPML") ordered the transfer of thirty-two marketing, sales practices, and products liability actions involving Yasmin® and YAZ® to MDL-2100, titled *In re Yasmin and YAZ (Drospirenone) Marketing, Sales Practices and Products Liability Litigation*, in the United States District Court for the Southern District of Illinois - see Exhibit A hereto;

WHEREAS, the parties agree that this action is a tag-along action subject to transfer to the MDL;

WHEREAS, the requested stay will serve the interests of judicial economy and fairness to the parties, and will avoid wasting this Court's resources, because the MDL court will soon address common pretrial issues in these related Yasmin®/YAZ® actions;

NOW, THEREFORE, the parties, through their respective counsel of record, agree and stipulate as follows:

All proceedings, including but not limited to any date to respond to the complaint, any case management deadlines, any Rule 26 disclosure obligations and all other dates and deadlines are hereby **STAYED** pending transfer to the MDL proceeding that has been established in the United States District Court for the Southern District of Illinois and all pending dates and deadlines are **VACATED**.

IT IS SO STIPULATED.

Dated: January 4, 2010

ROBINSON, CALCAGNIE & ROBINSON

_____
Karen L. Karavatos

Attorneys for Plaintiff
MARY RASMUSSEN

SQUIRE, SANDERS & DEMPSEY L.L.P.

_____
Julie E. Schwartz

Attorneys for Defendants
BAYER CORPORATION,
BAYER HEALTHCARE LLC,
BAYER HEALTHCARE
PHARMACEUTICALS INC., and
MCKESSON CORPORATION

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED**

2

3  DATED: 01/05/10

4  _____
   HONORABLE
5  United States M

6

7  SANFRANCISCO/330819.1

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA; signature of Judge Joseph C. Spero]*